**Billy D. COOPER, Petitioner–Appellant,**

v.

**Terry O'BRIEN, Warden, Respondent–Appellee.**

No. 14–6332.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 3, 2014.

Billy D. Cooper, Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy D. Cooper, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. O'Brien*, 2014 WL 713285, No. 5:13–cv–00077–FPS–JES (N.D.W.Va. Feb. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*